# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 20, 2015

_____

RESPONSE REQUESTED

_____

No. 15-1817,   <u>Kristen Gunsay v. Troy Plummer</u>
              1:14-cv-01347-JFM

TO:   Gregory L. Lattimer
      Clarence Paul Smith
      David Keith Felsen
      Edward B. Lattner

RESPONSE DUE: 09/03/2015

Response is required to the motion to dismiss appeal. Responses must be filed by the response due date shown in this notice.

Donna Lett, Deputy Clerk
804-916-2704